# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JOSE DARIO ROSALES VILLOTA § | |
| § | |
| v. § | CIVIL ACTION NO. 3:26-CV-0155-S-BT |
| § | |
| KRISTI NOEM, et al. § | |

## ORDER

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") [ECF No. 3]. Because the Motion requests Petitioner's release from custody, it improperly seeks the ultimate relief sought in the pending Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. *See Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]" (citation omitted)). Accordingly, the Court **DENIES** the Motion. The Petition remains pending.

**SO ORDERED.**

SIGNED March 13, 2026.

*[signature: Karen Gren Scholer]*
**UNITED STATES DISTRICT JUDGE**